## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    10-MC-32 DSD/SRN

        Petitioner,

   v.                                                                        ORDER

Frederick W. Thorne, III,

        Respondent.

---

David W. Fuller, Esq., United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, for Petitioner.

Gary Fuchs, Esq., Hellmuth & Johnson, PLLC, 10400 Viking Drive, Suite 500, Eden Prairie, Minnesota 55344, for Respondent.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1.     Respondent shall obey the summons attached to the Petition and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Dale M. Mikel or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Dale M. Mikel, or any other proper officer or employee of the Internal Revenue Service. Completed tax returns for the applicable tax years may be submitted in lieu of the specific testimony and documents sought in the summons;

2. Respondent shall comply with the summons on or before April 15, 2011; and

3. To the extent the Petition seeks costs, the Petition is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 29, 2010                                    s/David S. Doty_____
                                                         David S. Doty, Judge
                                                         United States District Court